# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH JESSOP, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No.  1:15-cv-00316-SAB<br><br>ORDER APPROVING STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>ECF NO. 8 |

On March 18, 2015, the parties in this action filed a stipulation granting Defendants an extension of time to respond to the complaint.  (ECF No. 8.)  The Court approves the parties' stipulation.

Accordingly, it is HEREBY ORDERED that Defendants shall receive an extension of time to file their responsive pleading.  Defendants' responsive pleading shall be filed on or before April 17, 2015.

IT IS SO ORDERED.

Dated:   **March 18, 2015**　　　　　　　　　／s／_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE