UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH JESSOP and BRITTAN ASHJIAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; DERIK KUMAGAI; TOMAS CANTU; CURT CHASTAIN; KEN DODD; BOB REYNOLDS; PAUL ZARAUSA; ANNETTE ARELLANES; DAVID GARZA; CURTIS BUNCH; ROBERT FRY and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00316-DAD-SAB<br><br>ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER<br><br>(Doc. No. 47) |

After consideration of the parties' joint stipulation to continue discovery and with GOOD CAUSE SHOWING, the court modifies schedule as follows;

1. The fact discovery cutoff is continued from August 19, 2016, to **September 30, 2016**, for purposes of taking party depositions and conducting non-party discovery;

2. The initial expert exchange date is continued from August 26, 2016, to **October 7, 2016**;

3. The rebuttal expert exchange date is continued from September 16, 2016, to **October 28, 2016**;

/////

1

4. The expert discovery completion date is continued from October 14, 2016, to **November 28, 2016**;

5. The dispositive motion hearing date is continued from December 16, 2016, to **January 17, 2017 at 9:30am**;

6. The joint pretrial conference statement shall be due March 17, 2017, and the final pretrial conference is continued from March 2, 2017, to **March 27, 2017 at 1:30pm**;

7. The trial date is continued from April 17, 2017, to **May 23, 2017 at 8:30am**.

IT IS SO ORDERED.

Dated:   **August 18, 2016**                    *Dale A. Drozd*
                                                UNITED STATES DISTRICT JUDGE