UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH JESSOP and BRITTAN ASHJIAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; DERIK KUMAGAI; TOMAS CANTU; CURT CHASTAIN; KEN DODD; BOB REYNOLDS; PAUL ZARAUSA; ANNETTE ARELLANES; DAVID GARZA; CURTIS BUNCH; ROBERT FRY; and DOES 1 – 10, inclusive,<br><br>Defendants. | No. 1:15-cv-00316-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS KENN DODD, BOB REYNOLDS, PAUL ZARAUSA, ANNETTE ARELLANES, DAVID GARZA, CURTIS BUNCH, AND ROBERT FRY<br><br>(Doc. No. 49) |

On December 7, 2016, the parties filed a joint stipulation dismissing defendants Ken Dodd, Bob Reynolds, Paul Zarausa, Annette Arellanes, David Garza, Curtis Bunch, and Robert Fry from this action, with each party bearing its own costs and attorneys' fees. (Doc. No. 49.) In light of the parties' stipulation, defendants Ken Dodd, Bob Reynolds, Paul Zarausa, Annette Arellanes, David Garza, Curtis Bunch, and Robert Fry have been dismissed, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), without an award of costs or attorneys' fees. Accordingly, the Clerk of the Court is directed to terminate

/////

defendants Ken Dodd, Bob Reynolds, Paul Zarausa, Annette Arellanes, David Garza, Curtis Bunch, and Robert Fry from this case.

IT IS SO ORDERED.

Dated: **December 7, 2016**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE