Peter J. Ferguson, SBN 108297
Allen Christiansen, SBN 263651
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Peterferg@aol.com

Attorneys for Defendants City of Fresno, Tomas Cantu and Curt Chastain

Kevin M. Osterberg, SBN138760
Kosterberg@hbblaw.com
**HAIGHT, BROWN & BONESTEEL, LLP**
3750 University Ave., Suite 560
Riverside, CA 92501
(951) 341-8300; Fax (951) 341-8309

Attorneys for Defendant Derik Kumagai

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH JESSOP and BRITTAN ASHJIAN, | NO. 1:15-cv-00316 DAD-SAB |
| Plaintiffs, | [Honorable Dale A. Drozd] |
| vs. | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; SEPARATE STATEMENT OF UNCONTROVERTED FACTS; DECLARATIONS IN SUPPORT THEREOF; [PROPOSED] ORDER;** |
| CITY OF FRESNO, et al., | |
| Defendants. | |
| | **[FRCP Rule 56]** |
| | Date: January 17, 2016
Time: 9:30 am
Courtroom: 5, 7th Floor |

TO PLAINTIFFS AND THEIR ATTORNEY(S) OF RECORD:

NOTICE IS HEREBY GIVEN that on **January 17, 2016** at **9:30am** in **Courtroom 5**, or as soon thereafter as counsel may be heard by the above-entitled court, located at 2500 Tulare Street, Fresno, California, Defendants will, and hereby does, move the Court for summary judgement, or in the alternative, partial summary judgment on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law for the reasons stated herein and in Defendants memorandum of points and authorities in support of their motion.

1. Defendants are entitled to judgment to Plaintiffs' First Cause of Action (Unreasonable Search and Seizure of Property) because there are no material issues of facts to support their claim;

2. Defendants are entitled to judgment to Plaintiffs' Second Cause of Action (Deprivation of Property Without Due Process) because there are no material issues of facts to support their claim;

3. Defendants are entitled to judgment to Plaintiffs' Third Cause of Action (Violation of Substantive Due Process) because there are no material issues of facts to support their claim;

4. Defendants are entitled to judgment to Plaintiffs' Fourth Cause of Action (Municipal Liability for Unconstitutional Custom or Policy) because there are no material issues of facts to support their claim;

Regardless, Defendants are entitled to Qualified Immunity.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declarations, all

//
//
//
//

pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of hearing on this motion.

                                              Respectfully Submitted,

DATED: December 16, 2016        FERGUSON, PRAET & SHERMAN, APC

                                        /s/ Peter J. Ferguson
                                        PETER J. FERGUSON
                                        ALLEN CHRISTIANSEN
                                        Attorneys for Defendant Defendants City of Fresno, Tomas Cantu and Curt Chastain

DATED: December 16, 2016        HAIGHT, BROWN & BONESTEEL, LLP

                                        /s/ Kevin M. Osterberg
                                        Kevin M. Osterberg
                                        Attorneys for Defendant Derik Kumagai

'

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Coleen Ludvigson, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On December 16, 2016, I served the foregoing **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; SEPARATE STATEMENT OF UNDISPUTED FACTS; DECLARATIONS IN SUPPORT THEREOF; [PROPOSED] ORDER;** on the interested parties in this action:

Law Offices of York & Garvey
Darrell J. York, Esq.
137 N. Larchmont Blvd., #506
Los Angeles, CA 90004
Attorneys for Plaintiffs

Law Office of Kevin G. Little
Kevin G. Little, Esq.
Post Office Box 8656
Fresno, CA 93747
Attorneys for Plaintiffs

Haight, Brown & Bonesteel, LLP
Kevin M. Osterberg, Esq.
3750 University Ave., Suite 560
Riverside, CA 92501
Attorneys for Defendant Derik Kumagai

_____ (By Mail)   I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 16, 2016, at Santa Ana, California.

/s/ Coleen Ludvigson

3

Coleen Ludvigson

4