Peter J. Ferguson, SBN 108297
Allen Christiansen, SBN 263651
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Peterferg@aol.com

Attorneys for Defendants City of Fresno, Tomas Cantu and Curt Chastain

Kevin M. Osterberg, SBN138760
Kosterberg@hbblaw.com
**HAIGHT, BROWN & BONESTEEL, LLP**
3750 University Ave., Suite 560
Riverside, CA 92501
(951) 341-8300; Fax (951) 341-8309

Attorneys for Defendant Derik Kumagai

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICAH JESSOP and BRITTAN ASHJIAN,

Plaintiffs,

vs.

CITY OF FRESNO, et al.,

Defendants.

NO. 1:15-cv-00316 DAD-SAB

[Honorable Dale A. Drozd]

**DECLARATION OF CURT CHASTAIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Date: January 17, 2016
Time: 9:30 am
Courtroom: 5, 7th Floor

//

**DECLARATION OF CURTIS CHASTAIN**

I, CURTIS CHASTAIN, give this Declaration in support of Defendants' Motion for Summary Judgment .

1. I hereby verify that the matters contained in this Declaration are true, and based upon my person knowledge. If called as a witness, I could, and would competently testify to the matters contained in this Declaration.

2. I have been employed with the City of Fresno for approximately (30) years. I am currently a supervisor of the Vice Criminal Intelligence Unit. I hold the rank of Sergeant. I have held this position for 15 years.

3. Prior to the Jessop/Asjian investigation, I became aware of the influx of gambling machines in and around the City of Fresno. As a proactive measure it was our desire to attempt to locate the distributers and manufactures of these gambling machines that utilized local stores for their illegal operation. Subsequently, Detective Kumagai received information of a possible lead and he was assigned as the lead investigator of the investigation.

4. This investigation included computer checks and surveillance of suspects. The investigation lead to Mr. Ashjian and Mr. Jessop as operators/owners of these illegal machines. It was also learned that they operated another business known as ATM Online Services. This organization operated ATM machines in the local areas. In many instances, the ATM machines and the illegal gambling machines were at the same locations and both machines were serviced by them.

5. Eventually, in monitoring the investigation of Detective Kumagai, I also became aware that monies collected from the illegal gambling machines were pick up by Mr. Ashjian and Jessop and the quarter coins collected were eventually exchanged for cash monies at the Banks were the ATM business did its banking. This also led me to believe that the monies received from the illegal business was being commingled with legitimate monies as a way to hide the illegal proceeds. This evidences a clear illegal purpose to "Launder" money in violation of Penal Code section 186.10. At the very least a conspiracy to do so is evident from the actions mentioned.

6. I am aware that Detective Kumagai obtained a search warrant for the three locations suspected to have evidence of the illegal gambling machines, monies collected from the illegal operation and paper work of the operation. I was generally aware what was contained in the application for the search warrant and believed that it was supported by evidence resulting from the investigation and was supported by probable cause.

7. A pre searching briefing occurred on September 10, 2013, and several groups of officers from other units participated in the searches since our unit was not large enough to serve the three warrants simultaneously. I was assigned to the Simpson Street address that was the location known as the primary business location.

8. During the search of evidence at the Simpson location, I oversaw where monies and property was located and also oversaw the counting of monies. Most of the money was collected at the Black car driven by Mr. Jessop. The money located, then counted, was done in my presence and the amounts are consistent with detective Cantu's evidence collection sheet.

9. I collected all the monies found at all the locations and I transported the money back to our office. The money was again counted and documented for maintaining the control and safety and then submission to the property unit.

10. I am not aware of theft of property including money found at the subject locations.

11. I am aware that Mr. Jessop and Mr. Ashjian voluntarily entered into an "informant contract" with the City. In essence, the contract provided that no criminal filings or requests for filings to the District Attorneys Office would result for their cooperation in attempting to locate other distributors and/or manufactures of illegal gambling machines. Also, the contract contained a clause that $50,000, collected from the searches would be forfeited to the City. Plaintiffs agreed to this.

12. I have acted in good faith and with the good faith belief that everything that I did in relationship to this investigation was proper.

I, declare, under penalty of perjury that everything stated herein is true and correct.

Dated: 12/15/16

Curtis Chastain