Peter J. Ferguson, SBN 108297
Allen Christiansen, SBN 263651
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Peterferg@aol.com

Attorneys for Defendants City of Fresno, Tomas Cantu and Curt Chastain

Kevin M. Osterberg, SBN138760
Kosterberg@hbblaw.com
**HAIGHT, BROWN & BONESTEEL, LLP**
3750 University Ave., Suite 560
Riverside, CA 92501
(951) 341-8300; Fax (951) 341-8309

Attorneys for Defendant Derik Kumagai

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH JESSOP and BRITTAN ASHJIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | NO. 1:15-cv-00316 DAD-SAB<br><br>[Honorable Dale A. Drozd]<br><br>**DECLARATION OF TOMAS CANTU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 17, 2016<br>Time: 9:30 am<br>Courtroom: 5, 7th Floor |

//

## DECLARATION OF TOMAS CANTU

I, TOMAS CANTU, give this Declaration in support of Defendants' Motion for Summary Judgment.

1. I hereby verify that the matters contained in this Declaration are true, and based upon my person knowledge. If called as a witness, I could, and would competently testify to the matters contained in this Declaration.

2. I have been employed with the City of Fresno for approximately (16) years. I am currently a police officer working patrol. At the time of the incident resulting in investigation of Mr. Jessop and Mr. Ashjian I was working in the Vice Unit of the Department and had been in the Unit for approximately one year prior to this investigation beginning.

3. Prior to the Jessop/Ashjian investigation, I became aware of the influx of gambling machines in and around the City of Fresno. As a proactive measure it was our desire to attempt to locate the distributers and manufactures of these gambling machines that utilized local stores for their illegal operation. Subsequently, Detective Kumagai received information of a possible lead and he was assigned as the lead investigator of the investigation. I did participate in some of the investigation including surveillance, witness interviews and the search of the Simpson location that occurred on September 10, 2013.

4. I became aware through Detective Kumagai's investigation that it lead to Mr. Ashjian and Mr. Jessop as operators/owners of these illegal machines. It was also learned that they operated another business known as ATM Online Services. This organization operated ATM machines in the local areas. I became aware that in many instances, the ATM machines and the illegal gambling machines were at the same locations and both machines were serviced by them.

5. Eventually Detective Kumagai obtain search warrants to three location that included the Jessops house, Ashjians house and the business location, on Simpson. On September 10, 2013, a briefing was conducted with several units regarding the service of the warrants. I was assigned to the Simpson address and was the scribe of the evidence. In essence, my duties entailed that when property is found, the detective finding the item is then listed, the location of where the item was found, and in the case of Money, two officers are utilized in the collection and then subsequent counting of the money. This information is then confirmed with me and placed on the evidence sheet. I also did participate in the searching of property and any money that I found another detective was present. When the money was counted, again another detective was present and participated in the counting. Attached hereto is a true and correct copy of the "Search Warrant Evidence and Receipt List" I maintained at the search and is attached hereto as exhibit "A" to this declaration.

6. Subsequently, Sgt. Chastain, who was present during the counting of money at a black car, collected and maintained all the money. I am not aware of any theft of property and money found at the subject locations. I have acted in good faith and with the good faith belief that everything I did in relation to this investigation was proper.

I, declare, under penalty of perjury the forgoing is true and correct.

Dated: 12-16-16

Tomas Cantu

**Jessop v. City of Fresno**
**Case No. 15-CV-00316 DAD-SAB**
**Exhibit A**

325 G. SIMPSON

# FRESNO POLICE DEPARTMENT
# SEARCH WARRANT
# EVIDENCE AND RECEIPT LIST

| ITEM # | DESCRIPTION | LOCATION FOUND | FOUND BY |
|---|---|---|---|
| 1 | KEYS | LIVING ROOM | T. CANTU |
| 2 | MISC PAPERS | LIVING ROOM | T. CANTU |
| 3 | MISC PAPERS | OFFICE / WEST DESK | T. CANTU |
| 4. | MISC PAPER / EBT | OFFICE DESK WEST | T. CANTU |
| 5 | NOTE PADS | OFFICE DESK WEST | T. CANTU |
| 6 | USB DRIVE | OFFICE DESK EAST | K. DODD |
| 7 | CHECK $30,000 #1136  121000358  05774 716695 | OFFICE DESK EAST | K. DODD |
| 8 | 11 ROLLS OF QUARTERS | OFFICE DESK EAST | K. DODD |
| 9 | MAC COMPUTER + USB CO2HMAWB0HJF | OFFICE DESK EAST | T. CANTU |
| 10 | MAC COMPUTER + NOTE PAD CO2HM4JUAHJF | OFFICE DESK SOUTH EAST | T. CANTU |
| 11 | MONEY COUNTER | BEDROOM NORTH EAST | T. CANTU |
| 12 | US CURRENCY / COINS | BEDROOM NORTH EAST | T. CANTU |
| 13 | MISC FINANCIAL RECORDS | BEDROOM NORTH EAST | T. CANTU |
| 14 | US CURRENCY $880.00 | BEDROOM SAFE NORTH EAST | T. CANTU |

Fresno City Police Officer: T. CANTU                     Date: 09-10-13

Page 1 of 2

Distribution:    White - Court     Canary - Officer     Pink - Location searched

FPD 000187

325 G Simpson

13-604752

# FRESNO POLICE DEPARTMENT
## SEARCH WARRANT
## EVIDENCE AND RECEIPT LIST

| ITEM # | DESCRIPTION | LOCATION FOUND | FOUND BY |
|---|---|---|---|
| 15 | MISC BANK SLIPS + B OF A DEPOSIT BAGS | SUSP VEH. BLACK TRUCK | P. ZARAUSA |
| 16 | US CURRENCY $1180.00 | SUSP VEH CENTER CONSOLE / BLK TRUCK | P. ZARAUSA |
|  |  | RECEIPTS ATTACHED TO CURRENCY |  |
| 17 | US CURRENCY QUARTER ROLL | SUSP VEH. BACKSEAT BLK TRUCK | P. ZARAUSA |
| 18 | WHITE IPHONE | LIVING ROOM | P. ZARAUSA |
| 19 | SCALE | SUSP VEH BLACK DODGE TRUNK | K. DODD |
| 20 | B OF A MONEY BAG CONTAINING QUARTERS | SUSP VEH. BLACK DODGE TRUNK | K. DODD |
| 21 | BLACK DUFFLE BAG CONTAINING US CURRENCY | SUSP VEH BLACK DODGE BACKSEAT | K. DODD |
|  | ~~$5620.00~~ $5220.00 |  |  |
| 22 | APPLE IPHONE | SUSP. LP POCKET | KUMAGAI |
| 23 | CAMERA | SUSP VEH. DODGE | T. CANTU |
| 24 | US CURRENCY $3,140 | SUSP VEH DODGE | T. CANTU |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Fresno City Police Officer: T. CANTU          Date: 09-10-13

Page 2 of 2

Distribution:   White - Court    Canary - Officer    Pink - Location searched

FPD 000188