UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH JESSOP and BRITTAN ASHJIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | NO. 1:15-cv-00316 DAD-SAB<br><br>[Honorable Dale A. Drozd]<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 17, 2016<br>Time: 9:30 am<br>Courtroom: 5, 7th Floor |

    Defendants' Motion for Summary Judgement, came regularly on for hearing on January 5, 2017, 2017 at 9:30am in Courtroom 5 of the above-entitled court.

    The Court, having considered the Defendants Motion for Summary Judgement, the opposition and reply papers submitted, argument of counsel, and the Court file and all matters submitted herewith, and with good cause showing,

**IT IS HEREBY ORDERED:**

    1.    That the Defendants' Motion be GRANTED in its entirety.

    2.    That Judgment be entered in favor of Defendants.

**IT IS SO ORDERED.**

DATED:

_____

Hon. Dale A. Drozd

District Judge, Eastern District of California